# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO.: 5:05CV286

| | |
|---|---|
| SANDRA W. CLOANINGER, as executrix of, ) <br> the Estate of GRADY L. CLOANINGER ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES D. WHEELER; ) <br> and ) <br> ROBERT W. COMBS, JR. ) <br> d/b/a ROBERT W. COMBS TRUCKING ) <br> ) <br> Defendants. ) <br> _____ ) | ORDER |

**THIS MATTER** is before the Court on its own Motion.

The Pretrial Order and Case Management Plan for this case set a Trial Date of January 8, 2007. [Doc. #9]. The January 2007 Trial Term for the Statesville Division begins on January 16, 2007. Therefore, the date of trial will be reset to for January 16, 2007. Additionally, all deadlines in the Pretrial Order and Case Management Plan that are relative to the first day of trial are also reset accordingly.

**IT IS, THEREFORE, ORDERED** that the matter be set for trial at the term beginning **January 16, 2007**. The call of the calendar will take place at 10:00 a.m. on January 16, 2007.

1

Signed: December 21, 2006

Richard L. Voorhees
United States District Judge